IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

TRACY BROWN                                                                                    PLAINTIFF

V                                                              CIVIL ACTION NO.:  4:07cv15 HTW-LRA

CITY OF MACON, MISSISSIPPI,
ERNEST JONES and
DEFENDANTS X AND Y                                                                       DEFENDANTS

## JUDGMENT OF DISMISSAL WITH PREJUDICE

THIS CAUSE comes before the Court on the request <u>ore</u> <u>tenus</u> of the plaintiff that the action be dismissed with prejudice and final judgment entered.  Being advised and finding that all claims against the Defendants have been resolved through compromise settlement, the Court finds this action should be dismissed.  It is therefore

ORDERED AND ADJUDGED that this case be, and is hereby, dismissed with prejudice.  Each party shall bear his/its own costs (including attorney's fees).

SO ORDERED AND ADJUDGED, this the 31st day of October, 2007.

s/ HENRY T. WINGATE
CHIEF UNITED STATES DISTRICT JUDGE


**AGREED**:

/s/Ron L. Woodruff
Jim Waide (MSB #6857)
Ron L. Woodruff (MSB #100391)
Attorneys for Plaintiff

/s/Lee Thaggard
Lee Thaggard (MSB #9442)
Attorney for Defendants